for respondent. No opinion. Determination of appellate term (63 N. Y. Supp. 475) affirmed, with costs.

OXFELD, Respondent, v. GEARON, Appellant. (Supreme Court, Appellate Division, Second Department. December 14, 1900.) Action by Louis Oxfeld against Miles Gearon. No opinion. Judgment of the municipal court affirmed, with costs.

PARISH v. NEW YORK PRODUCE EXCH. (Supreme Court, Appellate Division, First Department. December 14, 1900.) Action by Consider Parish against the New York Produce Exchange. No opinion. Motion denied, with $10 costs. See 66 N. Y. Supp. 613.

PARK, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 20, 1900.) Action by Thomas E. Park against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

PARK v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. December 4, 1900.) Action by Thomas E. Park against the New York Central & Hudson River Railroad Company. No opinion. Motion denied, with $10 costs.

PARSONS, Respondent, v. TERMINAL RY. OF BUFFALO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by Harriet F. Parsons against the Terminal Railway of Buffalo, George E. Smith, John M. Lally, and the town of Hamburg.

PER CURIAM. Judgment and order as to the defendant the town of Hamburg reversed, and new trial ordered, with costs to the appellant to abide event, upon the ground that, construing the evidence most favorably to the plaintiff, no cause of action is established as to that defendant, and therefore, as matter of law, the plaintiff is not entitled to recover. As to the other defendants, the judgment and order are reversed, and a new trial ordered, with costs to the appellants to abide event, unless the plaintiff stipulates to reduce the recovery to $8,000, in which event the judgment and order appealed from, as thus modified, are affirmed, without costs of this appeal to either party, upon opinion in Deming v. Same Defendants, 49 App. Div. 493, 63 N. Y. Supp. 615. All concur, except LAUGHLIN, J., not voting.

PATCHEN v. ROFKER. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Frederick M. Patchen against George D. Rofker. No opinion. Motion granted, with $10 costs. See 65 N. Y. Supp. 122.

PEOPLE, Respondent, v. BUSHNELL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Proceeding by the people of the state of New York against William H. Bushnell and another.

PER CURIAM. Judgment, order, and conviction of county court affirmed, and case remitted to the county court, pursuant to section 547, Code Cr. Proc., for further proceedings.

PEOPLE v. GRANITE STATE PROVIDENT ASS'N. (Supreme Court, Appellate Division, Second Department. December 14, 1900.) Proceedings by the people of the state of New York against the Granite State Provident Association. No opinion. Order, so far as appealed from, affirmed, with $10 costs and disbursements.

PEOPLE ex rel. BARRON, Appellant, v. SCANNELL, Respondent. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Proceeding by the people of the state of New York, on the relation of James Barron, against John J. Scannell, as commissioner. A. H. Parkhurst, for appellant. T. Connoly, for respondent. No opinion. Order (63 N. Y. Supp. 474) affirmed, with $10 costs and disbursements on opinion of Mr. Justice Leventritt in the court below.

PEOPLE ex rel. HENDERSON v. YORK et al. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Proceeding by the people of the state of New York, on the relation of John C. Henderson, against Bernard J. York and others. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. LEARY, Respondent, v. KNOX et al., Civil Service Com'rs, Appellants. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Application by the people of the state of New York, on relation of John P. Leary, against Charles H. Knox and others, commissioners constituting the civil service commission of the city of New York, for mandamus to compel the latter to certify on the pay roll of the applicant that he was on a certain date promoted to the position of roundsman of the police force of the city of New York. From an order granting the writ, defendants appeal. Reversed. Theodore Connoly, for appellant. Abram I. Elkus, for respondent.

INGRAHAM, J. For the reasons stated in the case of People v. Knox (Sup.) 66 N. Y. Supp. 984, the order appealed from is reversed, and motion denied, with costs.

VAN BRUNT, P. J., and PATTERSON, J., concur.

HATCH, J. For the reasons stated in my opinion in People v. Knox (Sup.) 66 N. Y. Supp. 984, I concur with Mr. Justice INGRAHAM.

O'BRIEN, J. For the reasons stated in my opinion in People v. Knox (Sup.) 66 N. Y. Supp. 984, I dissent.

PEOPLE ex rel. LONG ISLAND R. CO. v. STATE BOARD OF TAX COM'RS. (Supreme Court, Appellate Division, Third Department. November 23, 1900.) Proceedings by the people of the state of New York, on the relation of the Long Island Railroad Com-